IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3023 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CHRISTIAN LUPERCIO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) Defendant's Motion to Allow Travel (Second), (filing no. 51), is granted.

2) The defendant is allowed to travel to Lexington, Nebraska with his family, beginning at 5:00 p.m. on Friday, December 2 and returning home by no later than 10:00 p.m. on Sunday, December 4, 2011

DATED this 2nd day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge