IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3023 |
| v. | ) | ORDER |
| CHRISTIAN LUPERCIO, | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) Defendant's Motion to Allow Travel (Third), (filing no. 53), is granted.

2) The defendant is allowed to travel to and visit Omaha, Nebraska with his family, beginning the evening of Thursday, December 29, 2011, and returning home no later than 10:00 p.m. on Monday, January 2, 2012.

3) The defendant is allowed to travel to and visit Lexington, Nebraska with his family, beginning at 5:00 p.m. on Friday, January 6, 2012, and returning home no later than 10:00 p.m. on Sunday, January 8, 2012.

DATED this 29th day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge